UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                    Cr. No.  05-80674
                                                                      Honorable Lawrence P. Zatkoff

NIKOLE HENBURY,

      Defendant.
_____/

### ORDER ADJOURNING PLEA CUT-OFF DATE

Upon the Stipulation of the above-parties to adjourn the plea cut-off date in this matter from October 20, 2005 to November 22, 2005,, and this Court having considered the same;

**IT IS HEREBY ORDERED** that the plea cut-off date in this matter be rescheduled to **November 22, 2005** AT 10:00 A.M. at the Port Huron Courthouse.

**IT IS FURTHER ORDERED** that this delay shall constitute excludable delay under the ends of justice provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                 s/Lawrence P.Zatkoff
                                 HONORABLE LAWRENCE P. ZATKOFF
                                 United States District Judge

Dated:  October 14, 2005